People v Smith
2026 NY Slip Op 03007
May 13, 2026
Appellate Division, Second Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, respondent,
v
Kevin Smith, appellant.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department
Decided on May 13, 2026
2022-01247, (Ind. No. 464/19)
Angela G. Iannacci, J.P.
Paul Wooten
Lillian Wan
Donna-Marie E. Golia
Lisa S. Ottley, JJ.

Patricia Pazner, New York, NY (Joshua M. Levine of counsel), for appellant.
Michael E. McMahon, District Attorney, Staten Island, NY (Thomas B. Litsky of counsel), for respondent.

[*1]
DECISION & ORDER
Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Richmond County (Marina Cora Mundy, J.), imposed January 12, 2022, upon his plea of guilty, on the ground that the sentence was excessive.
ORDERED that the sentence is affirmed.
The sentence imposed was not excessive (see People v Suitte, 90 AD2d 80).
IANNACCI, J.P., WOOTEN, WAN, GOLIA and OTTLEY, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court